IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:11CV8** |
| **V.** | ) ) | |
| **BEEMAC TRUCKING, LLC, LANDSTAR RANGER, INC., and EDWARD SAMUEL EDLING,** | ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

The parties have submitted a joint motion (filing 40) requesting that the deadline for Defendants to file motions to amend pleadings and/or add parties be extended until October 26, 2011. The motion will be granted.

**IT IS ORDERED:**

1. The parties' Joint Motion for Extension of Time to File Amendments to Pleadings and to Add Parties (filing 40) is granted.

2. Any motion by Defendants to amend pleadings and/or add parties shall be filed not later than October 26, 2011.

3. The planning conference scheduled for October 6, 2011, is hereby continued.

4. A planning conference with the undersigned magistrate judge will be held on November 17, 2011, at 9:30 a.m. (CST) for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court.

**DATED September 28, 2011.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**