IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNION PACIFIC RAILROAD COMPANY, | ) | CASE NO. 8:11CV00008 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S EXHIBIT LIST** |
| BEEMAC TRUCKING, LLC, LANDSTAR RANGER, INC., and EDWARD SAMUEL EDLING, | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, Union Pacific Railroad Company and discloses the following exhibit list for trial:

| EXHIBIT NO. | | | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PLF | DF | 3 PTY | | | | | | |
| | | | First Daily Driving Log produced by Edward Edling | | | | | |
| | | | 2nd Daily Driving Log produced by Edward Edling (Landstar 00250) | | | | | |
| | | | Motor Carrier Transportation Agreement entered into between Beemac Trucking, LLC and Union Pacific on or about June 1, 2009 (Beemac Disclosures 0002-0017) | | | | | |
| | | | 6/19/2008 Landstar Fax Transmission with cover sheet attaching Carrier/Broker Agreement between Beemac Trucking and Landstar Ranger, Inc. dated June 19, 2008 | | | | | |
| | | | 3/27/2007 Contract Carrier Broker Agreement between Beemac Logistics and Landstar Inway | | | | | |
| | | | 7/11/2006 Transportation Brokerage Agreement between Beemac Trucking, LLC and Landstar | | | | | |
| | | | 1/9/2010 Landstar Uniform Straight Bill of Lading | | | | | |
| | | | Vehicle Expenses for the 2008 Freightliner Grapple Truck (UP0209) | | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | River States Truck and Trailer, Inc. Motor Vehicle Purchase Contract dated April 24, 2008 for the 2008 Freightliner M2-112 Heavy Duty "Grapple" truck in the amount of $94,190.00 (Beemac Disclosures 0001) | | | | | |
| | | Auto Truck Group invoice dated July 25, 2008 for modifications to the 2008 Freightliner M2-112 Heavy Duty "Grapple" Truck in the amount of $147,499.33 (Beemac Disclosures 0002) | | | | | |
| | | Repair details for the 2008 Freightliner Grapple Truck from Wingfoot and Tony's Diesel Inc. (UP0423-UP0425) | | | | | |
| | | Union Pacific Railroad Train Delay Recollection Expense dated January 13, 2010 in the amount of $8,025.46 (Beemac Disclosures 0099-0100) | | | | | |
| | | Bill from Currey's Truck Frame and Body Shop for payment of towing grapple truck to UP Yard in Monroe 650 for $125.00 | | | | | |
| | | Documentation of lease payments for Unit #67386 | | | | | |
| | | Union Pacific documentation of payment to L.R. Reed for $65,000.00 for payment in full of all claims | | | | | |
| | | Union Pacific documentation of payment to Roy Brown for $217,603.43 for payment in full of all claims | | | | | |
| | | Union Pacific check to Donnie's Plunk's Towing and Recovery in the amount of $110.00 | | | | | |
| | | Lease Agreement between "Lessor" GE Capital Fleet Services and "Lessee" Union Pacific Railroad Company (8 pages), dated April 29, 1993 with Addendum | | | | | |
| | | Union Pacific Training Summary for Steven F. Smith | | | | | |
| | | Union Pacific Training Summary for L.R. Reed | | | | | |
| | | Union Pacific Training Summary for Freddie Montgomery | | | | | |
| | | Union Pacific Training Summary for Roy Brown | | | | | |
| | | Photo (Beemac Disclosures 105) | | | | | |
| | | Photo (Beemac Disclosures 106) | | | | | |
| | | Photo (Beemac Disclosures 107) | | | | | |
| | | Photo (Beemac Disclosures 108) | | | | | |
| | | Photo (Beemac Disclosures 109) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Photo (Beemac Disclosures 110) | | | | | |
| | | Photo (Beemac Disclosures 111) | | | | | |
| | | Photo (Beemac Disclosures 112) | | | | | |
| | | Photo (Beemac Disclosures 113) | | | | | |
| | | Photo (Beemac Disclosures 114) | | | | | |
| | | Photo (Beemac Disclosures 115) | | | | | |
| | | Photo (Beemac Disclosures 116) | | | | | |
| | | Photo (Beemac Disclosures 117) | | | | | |
| | | Photo (Beemac Disclosures 118) | | | | | |
| | | Photo (Beemac Disclosures 119) | | | | | |
| | | Photo (Beemac Disclosures 120) | | | | | |
| | | Photo (Beemac Disclosures 121) | | | | | |
| | | Photo (Beemac Disclosures 122) | | | | | |
| | | Photo (Beemac Disclosures 123) | | | | | |
| | | Photo (Beemac Disclosures 124) | | | | | |
| | | Photo (Beemac Disclosures 125) | | | | | |
| | | Photo (Beemac Disclosures 126) | | | | | |
| | | Photo (Beemac Disclosures 127) | | | | | |
| | | Photo (Beemac Disclosures 128) | | | | | |
| | | Photo (Beemac Disclosures 129) | | | | | |
| | | Photo (Beemac Disclosures 130) | | | | | |
| | | Photo (Beemac Disclosures 131) | | | | | |
| | | Photo (Beemac Disclosures 132) | | | | | |
| | | Photo (Beemac Disclosures 133) | | | | | |
| | | Photo (UP0152) | | | | | |
| | | Photo (UP0153) | | | | | |
| | | Photo (UP0154) | | | | | |
| | | Photo (UP0155) | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Photo (UP0156) | | | | | | |
| | | | Photo (UP0157) | | | | | | |
| | | | Photo (UP0158) | | | | | | |
| | | | Photo (UP0159) | | | | | | |
| | | | 2 photos (UP0214) | | | | | | |
| | | | 2 photos (UP0215) | | | | | | |
| | | | 2 photos (UP0216) | | | | | | |
| | | | 2 photos (UP0217) | | | | | | |
| | | | 2 photos (UP0218) | | | | | | |
| | | | 2 photos (UP0219) | | | | | | |
| | | | 2 photos (UP0220) | | | | | | |
| | | | Photo (UP0221) | | | | | | |
| | | | 18 photos (UP0222) | | | | | | |
| | | | 13 photos (UP0223) | | | | | | |
| | | | Photo 1 taken by Edward Edling on January 12, 2010 | | | | | | |
| | | | Photo 2 taken by Edward Edling on January 12, 2010 | | | | | | |
| | | | Photo 3 taken by Edward Edling on January 12, 2010 | | | | | | |
| | | | Photo (Landstar 00252) | | | | | | |
| | | | Photo (Landstar 00253) | | | | | | |
| | | | Photo (Landstar 00254) | | | | | | |
| | | | Photo (Landstar 00255) | | | | | | |
| | | | Photo (Landstar 00256) | | | | | | |
| | | | Photo (Landstar 00257) | | | | | | |
| | | | Photo (Landstar 00258) | | | | | | |
| | | | Photo (Landstar 00259) | | | | | | |
| | | | Photo (Landstar 00260) | | | | | | |
| | | | Photo (Landstar 00261) | | | | | | |
| | | | Photo (Landstar 00262) | | | | | | |

|   |   | Description |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | Photo (Landstar 00263) |   |   |   |   |   |
|   |   | Photo (Landstar 00264) |   |   |   |   |   |
|   |   | Photo (Landstar 00265) |   |   |   |   |   |
|   |   | Photo (Landstar 00266) |   |   |   |   |   |
|   |   | Photo (Landstar 00267) |   |   |   |   |   |
|   |   | XTR File (020501AA.xtr) from February 5, 2010 Download |   |   |   |   |   |
|   |   | Two pages of handwritten notes taken by Mr. Alan Pearlman and Mr. Kevin Jones that pertain to the download of the truck ECU on February 5, 2010 |   |   |   |   |   |
|   |   | MSC Case Intake Sheet dated 2/3/10 |   |   |   |   |   |
|   |   | 6 Screen Captures showing "Detroit Diesel Diagnostic Link" for category "Identification" for August 28, 2010 download |   |   |   |   |   |
|   |   | 7 Screen Captures from Detroit Diesel Diagnostic Link showing "Instrumentation" for August 28, 2010 download |   |   |   |   |   |
|   |   | PDF of Screen Captures from Detroit Diesel Diagnostic Link showing "Instrumentation |   |   |   |   |   |
|   |   | Screen Capture from Detroit Diesel Diagnostic Link showing "Real Time Clock" and "Date and Time Properties" |   |   |   |   |   |
|   |   | Second Screen Capture from Detroit Diesel Diagnostic Link showing "Real Time Clock" and "Date and Time Properties |   |   |   |   |   |
|   |   | PDF of Screen Captures from Detroit Diesel Diagnostic Link showing "Instrumentation". Screen Capture of from Detroit Diesel Diagnostic Link showing "Parameters" |   |   |   |   |   |
|   |   | Screen Capture of from Detroit Diesel Diagnostic Link showing "Relative Compression Test" |   |   |   |   |   |
|   |   | 2 Screen Captures of from Detroit Diesel Diagnostic Link showing "Service Routines |   |   |   |   |   |
|   |   | Screen Capture of from Detroit Diesel Diagnostic Link showing "Troubleshooting" |   |   |   |   |   |
|   |   | Fault Codes and MCM data (33 pages, August 30, 2010) |   |   |   |   |   |
|   |   | Identification and MCM data (4 pages, August 30, 2010) |   |   |   |   |   |
|   |   | Identification and MCM data (8 pages, August 30, 2010) |   |   |   |   |   |

|  |  | Description |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Instrumentation and MCM data (5 pages, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Cruise Control Options, Adaptive Cruise Control, Switch Configuration (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Engine Brake Configuration and Inputs (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Engine Protection (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for AC-Fan, Other Fan (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Fleet Management (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Vehicle Speed Sensor, Inputs, Outputs, SAE J1939 Source Addresses, Tach Output (2 pages, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for MCM data (8 pages, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Optimized Idle and Inputs (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Control, Low Gear 1, Low Gear 2, High Gear (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for Idle and PTO Shutdown Parameters (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | Parameters for General PTO, CAB PTO, Remote PTO, Inputs (1 page, August 30, 2010 |  |  |  |  |  |
|  |  | Parameters for Vehicle Speed, Engine Speed, Limiter Enable, Adjusted Idle, Vehicle Speed Diagnostic (1 page, August 30, 2010) |  |  |  |  |  |
|  |  | DDEC Reports (35 pages, Print Date of August 28, 2010, printed at 11:10 am) |  |  |  |  |  |
|  |  | 6 Screen Captures showing "Detroit Diesel Diagnostic Link" for category "Identification" |  |  |  |  |  |
|  |  | Screen Capture from Detroit Diesel Diagnostic Link showing "Real Time Clock" and "Date and Time Properties" |  |  |  |  |  |
|  |  | Screen Capture from Detroit Diesel Diagnostic Link showing "Relative Compression Test" |  |  |  |  |  |
|  |  | 2 Screen Captures from Detroit Diesel Diagnostic Link showing Service Routines |  |  |  |  |  |
|  |  | Screen Capture from Detroit Diesel Diagnostic Link showing "Troubleshooting" |  |  |  |  |  |
|  |  | Identification and MCM Report (8 pages total, August 30, 2010) |  |  |  |  |  |
|  |  | Fault Codes and MCM Report (33 pages, August 30, 2010) |  | . |  |  |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Raw Data and DDEC Reports generated from download (35 pages, Print Date August 28, 2010, 11:10 am) | | | | | | |
| | | 7 Screen Captures showing "Detroit Diesel Diagnostic Link" for category "Instrumentation" | | | | | | |
| | | MCM Report (5 pages, August 30, 2010) | | | | | | |
| | | Screen Capture showing "Detroit Diesel Diagnostic Link" for "Parameters" | | | | | | |
| | | Screen Capture showing "Detroit Diesel Diagnostic Link" for "Parameters" Parameters for Cruise Control Options, Adaptive Cruise Control, Soft Cruise, and Switch Configuration (1 page, August 30, 2010) | | | | | | |
| | | Parameters for Engine Brake Configuration and Inputs (1 page, August 30, 2010) | | | | | | |
| | | Parameters for Engine Protection (1 page, August 30, 2010) | | | | | | |
| | | Parameters for AC Fan, Other Fan (1 page, August 30, 2010) | | | | | | |
| | | Parameters for Fleet Management (1 page, August 30, 2010). | | | | | | |
| | | Parameters for Vehicle Speed Sensor, Inputs, Outputs, SAE J1939 Source Addresses, Tach Output (2 pages, August 30, 2010) | | | | | | |
| | | Parameters for MCM data (8 pages, August 30, 2010) | | | | | | |
| | | Optimized Idle, Inputs, Outputs, Idle and PTO Shutdown (1 page, August 30, 2010) | | | | | | |
| | | Parameters for Control, Low Gear 1, Low Gear 2, and High Gear (1 page, August 30, 2010) | | | | | | |
| | | Parameters for Idle and PTO Shutdown Parameters, Idle Shutdown with Ambient Air, and Inputs (1 page, August 30, 2010) | | | | | | |
| | | Parameters for General PTO, CAB PTO, Remote PTO, Inputs (1 page, August 30, 2010) | | | | | | |
| | | Parameters for Vehicle Speed, Engine Speed, Limiter Enable, Adjusted Idle, and Vehicle Speed Diagnostic (1 page, August 30, 2010) | | | | | | |
| | | Union Pacific Chain of Custody Record for Event Recorder from Grapple Truck, signed by Messerschmidt (1 page) | | | | | | |
| | | Union Pacific Chain of Custody Record for Event Recorder from Grapple Truck, not signed by Messerschmidt (1 page) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Invoice for Messerschmidt Safety Consultants, LLC to Adolfo Aguilar of Union Pacific for $4,485.40.00 | | | | | |
| | | Photo 3237 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3238 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3239 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3240 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3241 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3242 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3243 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3244 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3245 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3246 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3247 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3248 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3249 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3250 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3251 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3252 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3253 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3254 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3255 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3256 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | Photo 3257 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |

|  |  | Description |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Photo 3258 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3259 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3260 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3261 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3262 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3263 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3264 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3265 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3266 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3267 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3268 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3269 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3270 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3271 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3272 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3273 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3274 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3275 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3276 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3277 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3278 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3279 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |
|  |  | Photo 3280 taken by Mr. Benjamin Smith on August 28, 2010 |  |  |  |  |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Photo 3281 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | | Photo 3282 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | | Photo 3283 taken by Mr. Benjamin Smith on August 28, 2010 | | | | | |
| | | | Letter to Michael Moran from Bill Messerschmidt re: chronology of download and documents produced on CD in response to Subpoena | | | | | |
| | | | Google Earth Photo of 3rd Ave and Gould Street (UP01585) | | | | | |
| | | | 2 Photos (UP1586) | | | | | |
| | | | 2 Photos (UP1587) | | | | | |
| | | | 2 Photos (UP1588) | | | | | |
| | | | Photo (UP1589) | | | | | |
| | | | Photo (UP1590) | | | | | |
| | | | Photo (UP1591) | | | | | |
| | | | Typewritten steps for testing and driving of Grapple Truck (UP1592) | | | | | |
| | | | Gates Heavy Duty VIN Decoder for 2008 Freightliner M2 Mercedes Benz Grapple Truck (UP1593- 1594) | | | | | |
| | | | Event Recorder Data from the locomotive in question (UP0630-UP0635) | | | | | |
| | | | Document listing Officer Barefield's information and Raymond Hasiak's information (UP0647) | | | | | |
| | | | Handwritten notes and witness contact information (UP0648-0653) | | | | | |
| | | | Handwritten map (UP0654) | | | | | |
| | | | Handwritten notes on case (UP0655-0657) | | | | | |
| | | | Union Pacific Police Department Report (UP0658-0674) | | | | | |
| | | | 1/21/10 Email from Barefield to Marc Syring, Robert Ray, Paul Miller, Benton Bond and James Moeller (UP0676- 0677) | | | | | |
| | | | Emails between Ray and Barefield (UP0681) | | | | | |
| | | | Letter from Dennis Falcon to Aguilar (UP0682) | | | | | |
| | | | Emails between Ehren L. Tiedje, Adolfo Aguilar and Charles Spell (UP0683) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Correspondence from Robert Grimalla requesting update on investigation (UP0684) | | | | | |
| | | Emails exchanged discussing time sheets and employees that reported any time in GMS (UP0685) | | | | | |
| | | Correspondence from Barefield to Butch Melhorn (UP0686-0688) | | | | | |
| | | Employee Personal Data screen for David Hanner (UP0689) | | | | | |
| | | Employee Personal Data screen for Roy Brown (UP0690) | | | | | |
| | | Employee Personal Data screen for L.R. Reed (UP0691) | | | | | |
| | | Employee Personal Data screen for Dennis Joseph Falcon (UP0692) | | | | | |
| | | Employee Personal Data screen for Stephen Smith (UP0693) | | | | | |
| | | Employee Personal Data screen for Freddie Montgomery (UP0694) | | | | | |
| | | Email from Adolfo Aguilar to Ehren Tiedje (UP0696) | | | | | |
| | | GMS Gang Daily Reporting Inquiry, Gang NBR 9105 (UP0697-0700) | | | | | |
| | | Bill from Bears Towing and Recovery (UP0702) | | | | | |
| | | VIS Basic Information (UP0703) | | | | | |
| | | RMCC Incident Report (UP0704-0714) | | | | | |
| | | Outbound Call Sheet 1/19/10 (UP0715) | | | | | |
| | | Handwritten Caldwell Parish Sheriff's Department Accident Report (UP0717-0718) | | | | | |
| | | Email from Jonathan Herbeck to Billy Barefield (UP0721) | | | | | |
| | | Lists of gang members working on January 12th and 13th (UP0722-0726) | | | | | |
| | | UP Monroe Subdivision Map (UP 0178, 0196-0200) | | | | | |
| | | Track Image Recorder from 1/12/2010 and 1/13/2010 | | | | | |
| | | Large aerial picture of where collision occurred in Riverton, Louisiana | | | | | |
| | | Monroe, Louisiana Area Map (UP0178-0208) | | | | | |
| | | Monroe Subdivision (0450) Area Timetable (UP0207-0208) | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Map of Monroe, Louisiana depicting where Grapple Truck was high centered | | | | | | |
| | | Google Map showing driving distance from Monroe, Kansas to Riverton, Louisiana | | | | | | |
| | | Map depicting weigh station near Shreveport, Louisiana on Interstate I-80 | | | | | | |
| | | Map showing where Bears Wrecker Service is located in Columbia, LA | | | | | | |
| | | Certified Caldwell Parish Sheriff's Department's dispatch records for Columbia, LA on the date of January 12, 2010 (UP1761-1762) | | | | | | |
| | | Union Pacific's Recorded Interview with Edward Edling, Jr. dated July 5, 2010 (Beemac Disclosures 0021-0053) | | | | | | |
| | | Notice of claim letter from Benton R. Bond of Union Pacific Railroad to Beemac Trucking dated September 24, 2010 (Beemac Disclosures 0134-0136) | | | | | | |
| | | Report of William Messerschmidt dated February 5, 2010 for Mr. Scott Kid and Injury Sciences, "DDEC V Data Extraction" | | | | | | |
| | | Messerschmidt's Safety Consultant Report dated March 15, 2010 | | | | | | |
| | | UP0767-770 attached to Messerschmidt's Report; showing details for Freightliner M2 112 Heavy Duty 2008 Grapple Truck; | | | | | | |
| | | UP0778-781 attached to Messerschmidt's Report showing details for Freightliner M2 112 Heavy Duty 2008 Grapple Truck | | | | | | |
| | | Original Freight Bill from Landstar to Beemac for $5,000 (Landstar 00249) | | | | | | |
| | | Copy of the certified citation that was issued to Edward Edling on January 12, 2010 by the town of Columbia, Louisiana (UP1689- 1692) | | | | | | |
| | | Record Request Certification form the Ohio Department of Public Safety Bureau of Motor Vehicles regarding Edward Edling's driving record (UP1693-1696) | | | | | | |
| | | Official Notification from the Louisiana Department of Transportation & Development stating no violation tickets were issued to Edward Edling on January 12, 2010 (UP1697) | | | | | | |
| | | U.S. Census Bureau information for parishes in Louisiana in 2000 (UP1722-1723, UP1746-1748); | | | | | | |
| | | U.S. Census Bureau information for all towns, cities and parishes in Louisiana in 2010 (UP1724-1745); | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | U.S. Department of Commerce National Oceanic and Atmospheric Administration National Weather Service record of river and climatological observations for Columbia Louisiana for January 2010 (UP1749) | | | | | |
| | | Columbia, Louisiana sunrise sunset calendar for January 2010 (UP1750); | | | | | |
| | | Weather history for Alexandria, Louisiana on January 12, 2010 (UP1751-1753) | | | | | |
| | | Weather history for Monroe, Louisiana on January 12, 2010 (UP1754-1756) | | | | | |
| | | Union Pacific Bid Documents: UP Logistics Management System Report (UP0331-0332) | | | | | |
| | | Union Pacific Bid Documents: UP Logistics Management System Report (UP0336-0338) | | | | | |
| | | Gang #9114 Roster (UP0160) | | | | | |
| | | Report from the Union Pacific Railroad Police Department (UP0161-0177) and (UP0649-0674) | | | | | |
| | | Accepted Bid Information (UP0217-UP0222) | | | | | |
| | | CAD Logs (UP1604-1609) | | | | | |
| | | Invoice from Bears Towing & Recovery (UP1763) | | | | | |
| | | Certificates of Liability Insurance for Beemac Trucking LLC dated June 4, 2009, August 31, 2009 and December 1, 2009 (Beemac 18-20) | | | | | |
| | | Union Pacific Railroad Recorded Interview with Freddie Montgomery dated June 22, 2010, for purposes of unavailability only (Beemac Disclosures 0054-0061) | | | | | |
| | | Union Pacific Recorded Interview with L.R. Reed dated July 1, 2010, for purposes of unavailability only (Beemac Disclosures 0062-0089) | | | | | |
| | | Union Pacific Recorded Interview with Stephen Smith dated July 9, 2010, for purposes of unavailability only (Beemac Disclosures 0090-0098) | | | | | |
| | | Union Pacific Railroad Recorded Interview with George Lee Bennett dated April 5, 2010, for purposes of unavailability only (UP0056-0069) | | | | | |
| | | Union Pacific Railroad Recorded Interview with Virgil Glenn Nugent dated June 10, 2010, for purposes of unavailability only (UP0070-0079) | | | | | |
| | | Union Pacific Railroad Recorded Interview with Kyle Nugent dated June 10, 2010, for purposes of unavailability only (UP0080-0083) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Union Pacific Railroad Report of Personal Injury or Occupational Illness for Roy A. Brown dated January 15, 2010 (Beemac Disclosures 0101-0102) | | | | | |
| | | Union Pacific Railroad Recorded Interview with Roy Brown dated September 28, 2011 (UP0002-0049) | | | | | |
| | | Union Pacific Railroad Report of Personal Injury or Occupational Illness for L.R. Reed dated January 15, 2010 (Beemac Disclosures 0103-0104) | | | | | |
| | | E-mail from Brandon Waters of Landstar to Eugene Tietz of Union Pacific Railroad dated July 7, 2010 (Beemac Disclosures 0137) | | | | | |
| | | Letter from Adolfo Aguilar Union Pacific Claims Representative to Ron Curry of Landstar Carrier Group dated June 15, 2010 (UP0210-UP0212) | | | | | |
| | | Letter from Adolfo Aguilar Union Pacific Claims Representative to Mr. Edward Edling dated June 16, 2010 (UP0213) | | | | | |
| | | Typed Caldwell Parish Sheriff's Department Accident Report (Landstar Initial Disclosures are not bates stamped) (UP0307-308) | | | | | |
| | | ARI Accident Management Report (Beemac Disclosures 0308-0309) | | | | | |
| | | Manager's Report of Highway-Rail Grade Crossing Collision (Beemac Disclosures 0310-0319) | | | | | |
| | | RMCC Incident Management System Incident Report (Beemac Disclosures 0320-0330) | | | | | |
| | | UP4249 Mechanical Inspection Report (Beemac Disclosures 0331) | | | | | |
| | | Statement of Steven Hawk | | | | | |
| | | Deposition of Steven Hawk | | | | | |
| | | Deposition testimony of Butch Melhorn | | | | | |
| | | Deposition testimony of Rickard Macklin, January 20, 2012 | | | | | |
| | | Deposition testimony of Eugene Tietz, January 6, 2012, in the event of unavailability only | | | | | |
| | | Deposition testimony of Edward Edling, January 14, 2012 | | | | | |
| | | Deposition testimony of Adolfo Aguilar, January 6, 2012; in the event of unavailability only; | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Deposition Testimony of David Hanner, December 17, 2012; in the event of unavailability only | | | | | |
| | | Deposition of Billy Barefield, Jr. (June 6, 2012, June 7, 2012) in the event of unavailability only | | | | | |
| | | UP Logistics Management System, Shipment Information, 1/9/10 (Beemac 57-58); | | | | | |
| | | 1/1/10 Beemac Trucking Dispatch Sheets (Beemac 69 -70) | | | | | |
| | | 1/8/2010 Beemac Rate Confirmation for #32435 (Beemac 68) | | | | | |
| | | 1/1/2010 Beemac Trucking Dispatch Sheet | | | | | |
| | | Certificate of Liability Insurance for Landstar Ranger, Inc., etc. with policy date expiration date of June 2007 | | | | | |
| | | 9/27/2010 Correspondence from Benton Bond re: Notice of Claim | | | | | |
| | | 3/15/2011 Correspondence from Tasha Budgets to Jean Zimmerman re: denial letter | | | | | |
| | | 3/15/2011 Correspondence from Jean Zimmerman to Tasha Budgets re: claim | | | | | |
| | | 4/18/2011 Correspondence from Tasha Budgets to Loren Dworkowski and Butch Melhorn re: Invoice 0861919 | | | | | |
| | | 4/18/2011 Correspondence exchanged between Butch Melhorn, Tasha Budgets and Loren Dworakowski | | | | | |
| | | 4/18/2011 email from Loren Dworakowski of Beemac | | | | | |
| | | 3/2/2011 Correspondence from Jean Zimmerman to Mr. Melhorn disallowing claim and explaining reasons | | | | | |
| | | Receipt of payment of $217,603.43 signed by Roy Brown (UP0607) | | | | | |
| | | Release entered into between Union Pacific and Roy Brown (UP0608-0616) | | | | | |
| | | Union Pacific Apportionment Agreement (UP0617) | | | | | |
| | | Union Pacific Report of Claim Settlement (UP0618) | | | | | |
| | | Payments of Settlement and Tender | | | | | |
| | | Agreement Not to Return to Work signed by Roy Brown (UP0619) | | | | | |
| | | Request for Lien Information/ Report of Settlement; Lien amount of $7,396.57 (UP0620) | | | | | |

15

|  |  | Description |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Lien Information under Section 1210 of the Railroad Unemployment Act for Roy Brown, lien amount of $7,396.57 (UP0621) |  |  |  |  |  |
|  |  | Explanation of benefits from Union Pacific RR Employees Health Systems (UP0576-061) |  |  |  |  |  |
|  |  | Medical expenses from Dr. John David Googe for Roy Brown's injuries totaling $5,092.00 (UP0117-UP0120) |  |  |  |  |  |
|  |  | Medical records from Orthopedic Specialists of Louisiana regarding Roy Brown's injuries (UP0121-UP0151) |  |  |  |  |  |
|  |  | February 11, 2010 letter from Marc Syring of UP to Roy Brown granting a medical leave of absence (UP0101) |  |  |  |  |  |
|  |  | February 11, 2010 letter from Marc Syring of UP to Roy Brown granting a medical leave of absence (UP0101) |  |  |  |  |  |
|  |  | May 5, 2010 letter from Roger Lambeth, to Roy Brown granting a Medical Leave of Absence from 1/13/2010 through 5/19/2010 (UP0104) |  |  |  |  |  |
|  |  | July 16, 2010 letter from Roger Lambeth of UP to Roy Brown extending his Medical Leave of Absence to August 13, 2010 (UP0107) |  |  |  |  |  |
|  |  | August 11, 2010 letter from Roger Lambeth of UP to Roy Brown extending his Medical Leave of Absence to August 30, 2010 (UP0109) |  |  |  |  |  |
|  |  | September 16, 2010 letter from Roger Lambeth of UP to Roy Brown extending his Medical Leave of Absence until September 20, 2010 (UP0110) |  |  |  |  |  |
|  |  | November 18, 2010 letter from Roger Lambeth of UP to Roy Brown extending his Medical Leave of Absence through December 3, 2010 (UP0113) |  |  |  |  |  |
|  |  | October 5, 2011 Demand Letter from attorney G. Michael O'Neal of Hubbell Peak O'Neal & Leach to Union Pacific Railroad claim representative Adolfo Aguilar re: Roy Brown (UP0114-UP0116) |  |  |  |  |  |
|  |  | March 8, 2010 faxed letter from Adolfo Aguilar claim representative for UP to Hubbell Peak O'Neal & Leach acknowledging their representation of Roy A. Brown (UP0240-UP0241) |  |  |  |  |  |
|  |  | February 19, 2010 letter from G. Michael O'Neal of Hubbell Peak O'Neal & Leach to UP litigation manager Dennis L. Gubbels stating representation of Brown and asserting attorney's lien of 25% of all sums recovered (UP0242) |  |  |  |  |  |

16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | September 18, 2010 Handwritten letter from Roy Brown re: disability and inability to return to work and notification of application for retirement benefits (UP0245) | | | | | |
| | | Supplemental Doctor's Note re: Roy Brown (UP0246) | | | | | |
| | | April 27, 2011 letter from Attorney G. Michael O'Neal of Hubbell Peak O'Neal & Leach to Union Pacific Railroad claim representative Adolfo Aguilar providing Roy A. Brown's medical records (UP0251-UP0285) | | | | | |
| | | October 20, 2010 fax from Orthopedic Specialists of Louisiana to Union Pacific Railroad with attached Roy A. Brown medical records (UP0295-UP0302) | | | | | |
| | | November 15, 2010 letter from the Railroad Retirement Board to Roy A. Brown stating he has met the requirements for a disability annuity (UP0303) | | | | | |
| | | February 17, 2010 Notice of Lien from the Railroad Retirement Board for sickness benefits for Roy Brown to Manager Payroll Accounting at Union Pacific Railroad Mikala Snyder (UP0304-UP0305) | | | | | |
| | | Medical expenses from Dr. John David Googe for Roy Brown's injuries totaling $5,092.00 (UP0120) | | | | | |
| | | Medical expenses from Clay Morgan, PA for Roy Brown's injuries totaling $1,387.00 (UP0120); | | | | | |
| | | Medical records from Orthopedic Specialists of Louisiana regarding Roy Brown's injuries (UP0121-0151) | | | | | |
| | | Medical expenses from Specialists Hospital Shreveport for Roy Brown's injuries totaling $14,607.94 (UP0517-UP0519) | | | | | |
| | | Medical records from Specialists Hospital Shreveport regarding Roy Brown's injuries (UP0515-0516) | | | | | |
| | | Medical expenses from Dr. John Googe for Roy Brown's injuries totaling $9,740.00 (UP0520-0542) | | | | | |
| | | Medical expenses from Internal Medicine Associates for Roy Brown's injuries totaling $2,512.00 (UP0543-UP0555) | | | | | |
| | | Medical expenses from Rapides Regional Medical Center for Roy Brown's injuries totaling $42,470.00 (UP0556-UP0563) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Medical expenses from Central Louisiana Surgical Hospital for Roy Brown's injuries totaling $701.30 (UP0564-0565 | | | | | |
| | | Medical expenses from The Delta Pathology Group for Roy Brown's injuries totaling $193.00 (UP0566) | | | | | |
| | | Medical expenses from Omega Diagnostics for Roy Brown's injuries totaling $141.00 (UP0567) | | | | | |
| | | Medical expenses from Laparoendoscopic Surgical Clinic for Roy Brown's injuries totaling $2,759.00 (UP0568-UP0569) | | | | | |
| | | Pharmaceutical records from Drug Depot regarding Roy Brown (UP0570-UP0575) | | | | | |
| | | Union Pacific Railroad Employees Health Systems Explanation of Benefits for Roy Brown (UP0576-UP0601) | | | | | |
| | | Union Pacific Railroad's Contact Log relating to Roy Brown (UP0602-UP0606) | | | | | |
| | | Release entered into between L.R. Reed and Union Pacific (UP0636- 0644) | | | | | |
| | | Receipt for amount of $65,000.00 signed by L.R. Reed (UP0645) | | | | | |
| | | Payments of Settlement and Tender | | | | | |
| | | Union Pacific Apportionment Agreement signed by L.R. Reed (UP0646) | | | | | |
| | | Medical records and expenses from Orthopedic & Sports Medicine Specialists for L.R. Reed | | | | | |
| | | Medical expenses from Alexandria Neurosurgical Clinic for L.R. Reed's injuries totaling $293.00 (UP0457-UP0460) | | | | | |
| | | Medical records from Alexandria Neurosurgical Clinic regarding L.R. Reed's injuries (UP0449-UP0456) | | | | | |
| | | Medical expenses from Central Louisiana Imaging Center for L.R. Reed's injuries totaling $303.00 (UP0461) | | | | | |
| | | Medical records from Central Louisiana Imaging Center regarding L.R. Reed's injuries (UP0462-UP0463) | | | | | |
| | | Medical expenses from Christus St. Patrick Hospital for L.R. Reed's injuries totaling $2,122.50 (UP0464-UP0468) | | | | | |
| | | Medical records from Christus St. Patrick Hospital regarding L.R. Reed's injuries (UP0469) | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Medical expenses from Rapides Regional Medical Center for L.R. Reed's injuries totaling $528.00 (UP0470) | | | | | | |
| | | Medical expenses from Internal Medicine Associates for L.R. Reed's injuries totaling $270.00 (UP071) | | | | | | |
| | | Medical expenses from Christus Sleep Center for L.R. Reed's injuries totaling $775.00 (UP0472-UP0473) | | | | | | |
| | | Medical expenses from Musculoskeletal Institute of Louisiana for L.R. Reed's injuries totaling $542.00 (UP0474) | | | | | | |
| | | Medical expenses from EMPI for L. R. Reed's injuries totaling $907.82 (UP0475-UP0476) | | | | | | |
| | | Pharmaceutical records from Drug Depot regarding L. R. Reed (UP0477-UP0480) | | | | | | |
| | | Union Pacific Railroad Employees Health Systems Explanation of Benefits for L.R. Reed (UP0481-UP0514) | | | | | | |
| | | Union Pacific reserves the right to offer exhibits identified by the Defendants | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

DATED this 28th day of February, 2013

                UNION PACIFIC RAILROAD COMPANY, Plaintiff

        By:    /s/Kyle Wallor
                Kyle Wallor, #21346
                LAMSON, DUGAN and MURRAY, LLP
                10306 Regency Parkway Drive
                Omaha, NE 68114
                (402) 397-7300/Fax: (402) 397-7824
                kwallor@ldmlaw.com
        and
                Raymond J. Hasiak
                UNION PACIFIC LAW DEPARTMENT
                1400 Douglas Street, Stop 1580
                Omaha, NE 68179-1580
                (402) 554-3052/Fax: (402) 501-0127
                rjhasiak@up.com

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Dan H. Ketcham
Michael Moran
ENGELS KETCHAM OLSON & KEITH, PC
1350 Woodmen Tower
Omaha, NE 68102
*ATTORNEYS FOR BEEMAC TRUCKING*

Jennifer D. Tricker
BAIRD HOLM LAW FIRM
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
*ATTORNEY FOR LANDSTAR & EDLING*

By:   /s/Kyle Wallor
      Kyle Wallor, #21346
      LAMSON, DUGAN and MURRAY, LLP