## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV8 |
| V. | ) ) | |
| BEEMAC TRUCKING, LLC, LANDSTAR RANGER, INC., and EDWARD SAMUEL EDLING, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiff has filed a motion requesting leave to file an amended exhibit list (filing 197). Plaintiff asserts that amendment is necessary because, due to a clerical error, documents were inadvertently left off its list. Plaintiff's motion will be granted.

Plaintiff's delay in filing a complete exhibit list will not prejudice Defendants. Plaintiff filed its exhibit list on February 28, 2013 (filing 193), and upon realizing its mistake, filed a motion to amend on March 8, 2013. Plaintiff represents that Defendants are already in possession of the documents omitted from the list and, in any event, trial is not scheduled until the end of May, 2013. Considering the circumstances, Plaintiff's motion for leave will be granted.

**IT IS ORDERED:**

1.      Plaintiff's Motion for Leave to File Amended Exhibit List (filing 197) is granted.

2.      Plaintiff shall file an amended exhibit list by or before March 12, 2013.

**DATED March 11, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**