

NEBRASKA ARMY NATIONAL GUARD
2-135th General Support Aviation Battalion
2400 Northwest 24th Street
Lincoln, Nebraska 68524-1892

## 1LT APRIL D. SEARCEY
Rear Detachment Officer

BUS: 402.309.1879  FAX: 402.309.1779
CELL: 402.540.4613  DSN: 279.1879
E-MAIL: april.d.searcey@us.army.mil



PLEASE JOIN THE CELEBRATION:
SEND-OFF CEREMONY FOR MEMBERS OF THE
2-135TH GENERAL SUPPORT AVIATION BATTALION

Sunday, 28 November, 9:00am

Southwest High School
(7001 South 14th Street, Lincoln, Nebraska)

★ COL and above/CW5/CSM, ★
Please RSVP to 1LT April Searcey at
402-309-1879 or
april.d.searcey@ng.army.mil



# DIRECTIONS

- *From the South (Beatrice)*
- 1. US-77/N 6th St toward Lincoln
- 2. Turn right onto Saltillo Rd (.1 mi)
- 3. Bear left onto S 14th St (2.7 mi)
- 4. Turn left onto Garret Ln
- 5. Turn right onto Aries Dr, and them immediately bear right onto S 13th st (.2mi)
- 6. Turn right onto Pine Lake Rd
- 7. Turn right onto S 14th St
- Arrive at S 14th St at Southwest high school 7001 South 14 Street Lincoln Ne

- *From the West (Grand Island)*
- 1. I-80 east toward Lincoln
- 2. At exit 397, take ramp right for US-77 South/Homestead Expy/Salt Valley Roadway toward Beatrice/Nebraska City (5.6mi)
- 3. Turn left onto SR-55W Link North/Warlick Blvd (1.2mi)
- 4. Bear right onto Old Cheney Rd
- 5. Turn right onto S 14th St (1.2mi)
- Arrive at S 14th St at Southwest high school 7001 South 14 Street Lincoln Ne

- *From the East (Omaha)*
- 1. I-80 West toward Lincoln
- 2. At exit 397, take ramp right for US-77 South/Homestead Expy/Salt Valley Roadway toward Beatrice/Nebraska City (5.6mi)
- 3. Turn left onto SR-55W Link North/Warlick Blvd (1.2mi)
- 4. Bear right onto Old Cheney Rd
- 5. Turn right onto S 14th St (1.2mi)
- Arrive at S 14th St at Southwest high school 7001 South 14 Street Lincoln Ne