IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>BEEMAC TRUCKING, LLC,<br>LANDSTAR RANGER, INC., and<br>EDWARD SAMUEL EDLING,<br><br>     Defendants. | **CASE NO. 8:11CV8**<br><br>**ORDER** |

This matter is before the Court on its own motion. The Judgment (Filing No. 325) issued on January 28, 2014, was premature, because certain claims remain pending. Accordingly,

**IT IS ORDERED:**

The clerk of the Court will strike the Judgment (Filing No. 325).

Dated this 10th day of March, 2014.

             BY THE COURT:


             s/Laurie Smith Camp
             Chief United States District Judge